No. 379.   COLORADO INTERSTATE GAS CO. v. FEDERAL POWER COMMISSION ET AL.; and

No. 380.   CANADIAN RIVER GAS CO. v. FEDERAL POWER COMMISSION ET AL.   January 2, 1945.   In No. 380 the petition for rehearing is granted and the order entered November 13, *ante*, p. 700, is vacated.   The petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit is granted limited to questions 1, 2, 3, and 8 presented by the petition for the writ.   *Messrs. Wm. A. Dougherty, Elmer L. Brock,* and *E. R. Campbell* for petitioner in No. 379.   *Messrs. Charles H. Keffer* and *John P. Akolt* for petitioner in No. 380.   *Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Paul A. Sweeney, Charles V. Shannon, Malcolm Lindsey,*

*Thomas H. Gibson,* and *Louis J. O'Marr,* Attorney General of Wyoming, for the Federal Power Commission et al., respondents.